AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ROBERTAS STANKEVICIUS<br><br>Defendant(s) | Case No.<br>21-6358-MJ-STRAUSS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  05/20/2021- Present  in the county of  Broward  in the Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |

FILED BY_____D.C.

JUN - 9 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

*Complainant's signature*

Ira Fair, Special Agent, FBI
*Printed name and title*

Sworn in my presence by FACETIME Video

Date:  06/09/2021

*Judge's signature*

City and state:  Fort Lauderdale, Florida   Jared M. Strauss U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NUMBER: 21-6358-MJ-STRAUSS

### BOND RECOMMENDATION

**Defendant:** ROBERTAS STANKEVICIUS

Pre-Trial Detention

By: _____
AUSA Marc S. Anton

**Last Known Address:** 118 LAKE EMERALD DRIVE, UNIT 103, FT. LAUDERDALE, FL 33309

**What Facility:** _____

**Agent(s):** Special Agent Ira Fair, FBI

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, IRA S. FAIR, Special Agent with the Federal Bureau of Investigation, having been first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been for approximately thirteen (13) years. In this capacity, I am authorized to conduct investigations into criminal violations committed against the United States including, but not limited to, identity theft, credit card fraud, bank fraud, wire fraud, and mail fraud. I am authorized to apply for and execute arrest warrants for offenses enumerated in Title 18 of the United States Code, and to execute search warrants.

2. I make this affidavit in support of a criminal complaint alleging that ROBERTAS STANKEVICIUS (STANKEVICIUS), did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to commit wire fraud, in violation of Title 18, United States Code, Sections 1343 and 1349.

3. This affidavit is based on information I have learned through my own investigation, information provided to me by other law enforcement officers involved in this matter, and a Cooperating Defendant (the "CD"). Although I am familiar with the full breadth of the facts and circumstances of this investigation, I have not included in the affidavit each and every fact known to me about the matters set forth herein, but only those facts and circumstances that I believe are sufficient to establish probable cause. However, no information known to me that would tend to negate probable cause has been withheld from this affidavit.

4. STANKEVICIUS is a Lithuanian national who entered the United States on May 15, 2021 via the WT (Waiver of Tourist Visa) program that allows him to stay in the United States

1

for 90 days or less without obtaining a visa. According to information provided to your affiant, STANKEVICIUS is scheduled to depart the United States on Thursday, June 10, 2021.

5. Your Affiant has been conducting an investigation into an organization that conducts internet scams involving vehicles for sale. Based on the investigation, your affiant has learned that STANKEVICIUS and his co-conspirators falsely represent that they have used vehicles for sale on internet websites. In the scheme, STANKEVICIUS and his co-conspirators tell prospective purchasers that their vehicles will be delivered after the purchaser has sent payment by wire transfer to a third party escrow account, yet the vehicles are never delivered. In support of this scheme, STANKEVICIUS and his co-conspirators open individual and corporate bank accounts in the United States and then STANKEVICIUS and his co-conspirators instruct prospective purchasers to send payment for their purchased vehicles to the corporate bank accounts set up by the conspirators utilizing multiple different identities. Thereafter, STANKEVICIUS and his co-conspirators send the funds they receive from prospective purchasers overseas to bank accounts under their control by international wire transfer. STANKEVICIUS and his co-conspirators then cease communicating with the prospective purchaser once the co-conspirators receive their money. Ultimately, STANKEVICIUS and his co-conspirators do not deliver the vehicles to the purchasers.

6. The CD is a Russian citizen, who, beginning in the summer of 2011, was involved with a Russian organized crime group that was stealing vehicles and boats from South Florida and illegally transporting these stolen vehicles overseas, as well as committing various identity theft frauds. In December of 2013, the CD was confronted about his illegal activity by the U.S. government and in late 2019, began cooperating with law enforcement. As such, the CD provided information about a wide-scale online fraud scheme which involved posting false advertisements

for automobiles online, with the intent to defraud United States-based victims. According to the CD, the fraud network operated principally out of Moscow, Russia and other locations throughout Europe and the United States. The fraud network, through its leaders, members, and associates, exploits online sites to perpetrate their fraud. The leaders, members, and associates of the fraud network, including the Defendant herein, with the help of others, also worked together to launder the proceeds of the online fraud, by converting victim payments into bitcoin in various countries, and ultimately transferring the bitcoin to Eastern Europe where many members of the fraud network live and work.

7. You affiant has learned that four of the members of the online fraud scheme traveled to the United States with the assistance of a Lithuania Travel Agency called Zip Travel. In each instance, Zip Travel filed the visa applications for these persons utilizing IP address 85.206.128.64, which is registered in Lithuania. Further investigation uncovered that eight additional members of this online fraud scheme also utilized Zip Travel and the same IP address for their immigration application. In October 2020, Zip Travel again used IP address 85.206.128.64 in an attempt to bring STANKEVICIUS to the United States. However, due to the Covid-19 Pandemic, his application was denied by the U.S. Government.

8. On or around May 20, 2021, STANKEVICIUS opened a business bank account bearing account number 898124542290, at a branch of Bank of America, located at 2850 N. Federal Highway, Lighthouse Point, FL 33064, Florida. STANKEVICIUS presented his Lithuanian Passport, bearing number 22402449 to open the account. On or around May 24, 2021, STANKEVICIUS opened an additional business bank account, bearing account number 3120642230, at a branch of Wells Fargo Bank, located in South Florida. Again, STANKEVICIUS presented his Lithuanian Passport, number 22402449, to open the business account and was the

3

sole individual listed on the account. Your affiant has compared bank surveillance video of the individual who opened the accounts to a photograph of STANKEVICIUS in the Florida driver's license database, and confirmed it is in fact STANKEVICIUS.

9. According to bank officials, STANKEVICIUS would have been given a personal identification number to access the account. Each of these accounts were opened in the name of "PVT Logistics LLC," with a business address in Ft. Lauderdale, Florida. Both Bank of America and Wells Fargo bank have indicated that they will provide records regarding the opening of the account, including a copy of the SunBiz registration for the business. SunBiz records indicate that a limited liability company in the name of "PVT Logistics LLC" was created on April 21, 2021, prior to STANKEVICIUS entry into the United States. The principal street address for the company was listed as 118 Lake Emerald Drive, Unit 103, Ft. Lauderdale, Florida, a property that had been listed for sale on various internet realty websites. According to the Florida DAVID system, STANKEVICIUS also utilized this address on his Florida driver's license. However, as part of the investigation, law enforcement agents went to this address and discovered that STANKEVICIUS was not a listed tenant of the property, despite its use on this driver's license and use in business records listing him as a company manager located at this address.

10. Further investigation revealed a mailing address for PVT Logistics LLC at 6330 N. Andrews Avenue, Ft. Lauderdale, Florida. This location is a UPS Store, and STANKEVICIUS opened a P.O. Box at this location on May 17, 2021, the same day his Florida Driver's License was issued. The UPS Store application indicated that "PVT Logistics LLC" was a computer parts logistics company and that STANKEVICIUS would be shipping and receiving computer equipment.

11. According to SunBiz records, the registered agent for PVT Logistics LLC is listed as Francesa Nikol, at 118 Lake Emerald Drive, Unit 103, Ft. Lauderdale, Florida 33309. Subsequent investigation has been unable to identify an individual by that name associated with that address, and based on your Affiant's expertise, training, and information learned from this investigation, I believe that name to be fake.

12. Specifically, on or around May 27, 2021, a member of the conspiracy began to communicate with a victim bearing the initials "M.M.," (hereinafter referred to as "Victim 1,") about a 1952 Jaguar XK XK120 Roadster. The victim communicated by e-mail with the alleged seller, "Frank D. Griffin" with a purported address of 1240 W. Casa Grande Drive, Pueblo West, Colorado 81007. Subsequent investigation has been unable to identify any individual by that name associated with that address, and based on your Affiant's expertise, training, and the facts learned throughout the investigation, I believe this name to be fake. The alleged seller was purportedly using a transport broker company in Miramar, Florida to conduct the sale.

13. On or around May 18, 2021, a member of the conspiracy began to communicate with a victim bearing the initials, "J.M.," (hereinafter referred to as "Victim 2,") about a 1972 GMC Jimmy Custom Sport Truck. Victim 2 communicated by e-mail with the alleged seller, "Joshua R. Harvey" with an address of 3247 W. 62 Street, Chicago, Illinois 60629. Subsequent investigation has been unable to identify any individual by that name associated with that address, and based on your Affiant's expertise, training, and facts learned throughout the investigation, I believe this name to be fake.

14. On or around May 29, 2021, Victims 1 & 2 agreed to purchase their respective advertised vehicles. On or around June 1, 2021, Victim 1 & 2 each received a series of electronic mails from "1st Speedy Transport" informing them that the transaction had been "initiated" and

that they should submit bank wire transfers to an "Escrow Account," which was listed on both "Purchase Contracts" as "PVT Logistics LLC, 6931 SW 24th Court, Miramar, Florida 33023" at "Bank of America, bank account number 898124542290". This is the same bank account that STANKEVICIUS had opened on May 20, 2021. The electronic mail further stated that 1st Speedy Transport would secure the payment until the buyer received, inspected, and accepted the vehicle, and if the buyer did not accept the vehicle that 1st Speedy Transport would refund the payment within 24 hours. On June 1, 2021, Victim 1 wired $8,700.00 to PVT Logistics LLC at Bank of America, account number 898124542290. Victim 2 also wired $15,000.00 on June 1, 2021 to PVT Logistics LLC at Bank of America, account number 898124542290. In total, the PVT Logistics LLC bank account at Wells Fargo received approximately $45,000.00 in wire transfers from various other victims, which all have been determined to be fraudulent.

15. The website that Victim 1 & 2 were both sent to was listed as www.1st-speedy-transport.com. A closer review of website revealed errors in the description under the "The benefits of Escrow services" section wherein an incorrect company name was listed, which read: "We have the infrastructure to conduct authorized pre-buy inspection on all types of vehicles. Buying and selling online has never been easier or more secure. Prestige Auto Transport's simple step process ensures money transfer and delivery with every sale." Previous investigation by your Affiant has confirmed that "Prestige Auto Transport" was another fake website established in in 2019 by the same co-conspirator organization.

16. On or about June 4, 2021, a Bank of America Senior Investigator spoke with an individual claiming to be STANKEVICIUS via phone number 954-260-3641, which was the phone number listed on the Bank of America account opening documents because Bank of America had frozen his account. STANEKVICIUS was questioned about the nature of the wires

that went into his account and STANEKVICIUS advised that he needed the funds to purchase vehicles at auction. The Senior Investigator questioned STANEKVICIUS about the 1952 Jaguar that Victim 1 was purchasing and STANEKVICIUS originally stated that he had possession of the vehicle but then stated he did not have possession and was planning to buy it at an auction. STANEKVICIUS was then questioned about 1972 Jimmy that Victim 2 was purchasing. STANEKVICIUS stated that he did not have this vehicle and needed his funds released to purchase the 1972 Jimmy. STANEKVICIUS then ended the call with the investigator.

17. On June 8, 2021, Law Enforcement was notified that STANKEVICIUS purchased a plane ticket to Germany and was set to depart from Newark, New Jersey on June 10, 2021.

18. Based upon the information provided above, I respectfully submit that probable cause exists to believe that ROBERTAS STANKEVICIUS did conspire to commit wire fraud in violation of Title 18, United States Code, Sections 1343 and 1349, by establishing and utilizing bank accounts used to perpetuate an online auto purchasing scheme.

***FURTHER YOUR AFFIANT SAYETH NAUGHT,***

_____
IRA S. FAIR, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to before me
via Facetime this 9th day of June 2021.

_____
HON. JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE